IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BRENDA BORING PLAINTIFF

v. CIVIL ACTION NO.: 4:26-cv-250-GHD-DAS

TRUSTMARK NATIONAL BANK ET AL. DEFENDANTS

ORDER GRANTING PLAINTIFF'S
MOTION TO PROCEED *IN FORMA PAUPERIS*

The plaintiff Brenda Boring has filed an application to proceed *in forma pauperis* and submitted financial information under penalty of perjury as required by 28 U.S.C. § 1915(a)(1). Docket 2. After due consideration, the Court finds that the motion is well taken, and it is GRANTED. The plaintiff also filed a Response to Order to Show Cause and Motion to Direct Service of Process by the United States Marshals Service Pursuant to Fed. R. Civ. P. 4(c)(3). Doc. 3. While the court never directed the plaintiff to show cause, the motion does provide the physical addresses of the defendants for service of process.

Accordingly, the Clerk of the Court is DIRECTED to issue process for the defendants Trustmark National Bank, Regions Bank, Floyd M. Melton, Jr., Floyd M. Melton, III, the Melton Law Firm, and the Estate of Brenda Bargas Flowers at the addresses provided by the plaintiff in Docket Entry 3 which the U.S. Marshal must serve in accordance with 28 U.S.C. § 1915(d). The U.S. Marshal Service will serve process on the defendant under 28 U.S.C. § 1915(d) using good faith efforts to identify and locate the proper entity and obtain service by all approved means as provided by FED.R.CIV.P. 4 and MISS.R.CIV.P. 4 if service by mail is unsuccessful.

SO ORDERED, this the 23rd day of November, 2026.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE